## UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
### Proceeding Memorandum/Order of Court

**In Re:** The Geneva LLC     **Case Number:** 06-11854     **Ch:** 11

**MOVANT/APPLICANT/PARTIES:**
Continued Hearing:
#147 Motion by Assistant U.S. Trustee John Fitzgerald to Convert Case to Chapter 7 or, in the alternative, to Dismiss Case.
#158 Objection by Debtor.
#198 Affidavit of Frank D. Kirby

**OUTCOME:**

\_\_\_\_\_Granted \_\_\_\_\_Denied \_\_\_\_\_Approved \_\_\_\_\_Sustained

\_\_\_\_\_Denied \_\_\_\_\_Denied without prejudice \_\_\_\_\_Withdrawn in open court \_\_\_\_\_Overruled

\_\_\_\_\_OSC enforced/released

\_\_\_\_\_Continued to: _____ For: _____

\_\_\_\_\_Formal order/stipulation to be submitted by: _____ Date due: _____

\_\_\_\_\_Findings and conclusions dictated at close of hearing incorporated by reference

\_\_\_\_\_Taken under advisement: Brief(s) due _____ From _____
                  Response(s) due _____ From _____

\_\_\_\_\_Fees allowed in the amount of: $_____ Expenses of: $_____

\_\_\_\_\_No appearance/response by: _____

**147** DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Motion allowed. The case is dismissed.


IT IS SO NOTED:                  IT IS SO ORDERED:

*/s/ Joan N. Feeney*

                                                      Dated: 5/4/2007

Courtroom Deputy                Joan N. Feeney, U.S. Bankruptcy Judge