**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:  The Geneva LLC<br>          Debtor, | Chapter: 11<br>Case No: 06–11854<br>Judge Joan N. Feeney |

**NOTICE OF DISMISSAL**

You are hereby notified that an Order Dismissing the above case was entered on 5/4/07 .

Date:5/4/07                                                                                    By the Court,

                                                                                               Pamela Nener
                                                                                               Deputy Clerk
                                                                                               617–565–5917

207